SEYFARTH SHAW LLP
Laura J. Maechtlen (SBN 224923) lmaechtlen@seyfarth.com
Eric M. Lloyd (SBN 254390) elloyd@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| PEGGY L. HAWKES, | Case No. CV-10-05957-EJD |
| Plaintiff, | [PROPOSED] ORDER RE DEFENDANT HEWLETT-PACKARD COMPANY'S MOTION TO REQUEST APPEARANCE BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE |
| v. | |
| HEWLETT-PACKARD COMPANY, | |
| Defendant. | Date: August 19, 2011<br>Time: 10:00 a.m.<br>Before Hon. Judge Edward J. Davila |

This matter came before this Court on counsel for Defendant's motion to attend the Case Management Conference by CourtCall telephone appearance, pursuant to Civil L.R. 16-10.

Pursuant to the Motion and the consent of all parties to the same, IT IS HEREBY ORDERED that Defendant's Motion to attend the Case Management Conference by CourtCall telephone appearance is GRANTED

IT SO ORDERED.

DATED: August 16, 2011                   _____
                                          Hon. Judge Edward J. Davila
                                          United States District Court Judge

13654578v.1

1

[PROPOSED] ORDER RE DEFENDANT'S MOTION TO REQUEST APPEARANCE BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE / CASE NO. CV-10-05957-EJD