UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



FILED

NOV 20 2012

CLERK, US DISTRICT COURT
NORFOLK, VA

**Peggy L. Hawkes**
Plaintiff,

v.            Case No. 2:12cv00086

**Hewlett-Packard Company**
Defendant,

### ORDER

The parties herein have reported to the court that this matter is settled. It is, therefore,

**ORDERED** that this case be, and it hereby is, **DISMISSED AGREED** with prejudice. Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action.

The Clerk shall forward copies of this order to all counsel of record.

/s/ MSD

~~November 15, 2012~~
November 20, 2012

Mark S. Davis
United States District Judge

_____
UNITED STATES DISTRICT JUDGE